

Collateral Management Services
9750 Goethe Road | Sacramento, CA 95827
www.dealertrack.com

# Carvana LLC

## Lien and Title Information



### Account Information

| | | | |
|---|---|---|---|
| **Account Number** | | **Financed Date** | 1/15/2018 |
| **Loan Number** | | **Perfected Date** | 1/15/2018 |
| **Branch** | | **Payoff Date** | |
| **Borrower 1** | LUIS EDGAR MARTINEZ | **Dealer ID** | |
| **Borrower 2** | | **Dealer** | |
| **Borrower Address** | 11649 GORDON COOPER LN<br>EL PASO, TX 79936 | **Dealer Address** | |

### Lienholder

| | |
|---|---|
| **ELT Lien ID** | 45478803600 |
| **Lienholder** | CARVANA LLC |
| **Lienholder Address** | PO BOX 29002<br>PHOENIX, AZ 85038 |
| **Lien Release Date** | |

### Vehicle and Titling Information

| | | | |
|---|---|---|---|
| **VIN** | JTHBE1D24F5022489 | **Issuance Date** | 11/29/2017 |
| **Title Number** | 22000043058250024 | **Received Date** | 11/29/2017 |
| **Title State** | TX | **ELT/Paper** | ELECTRONIC |
| **Year** | 2015 | **Odometer Reading** | 13928 |
| **Make** | LEXS | **Branding** | |
| **Model** | | | |
| **Owner 1** | LUIS EDGAR MARTINEZ | | |
| **Owner 2** | | | |
| **Owner Address** | 11649 GORDON COOPER LN<br>EL PASO, TX 79936 | | |

**Printed:** Monday, January 15, 2018 7:25:53 AM PST