## Transaction History

| Transaction Date | Transaction Amount | Transaction Event | Reversal Reason | NSF Date | Fee Type | Due Date | Next Due Date | Principal |
|---|---|---|---|---|---|---|---|---|
| 6/12/2018 | (5.00) | Late Fee Assessment | | | | | | 0.00 |
| 5/13/2018 | (5.00) | Late Fee Assessment | | | | | | 0.00 |
| 4/12/2018 | (5.00) | Late Fee Assessment | | | | 2/28/2018 | 2/28/2018 | 0.00 |
| 3/6/2018 | 657.00 | Normal Payment--GO ONE TIME ACH PAYMENT | | | | 2/28/2018 | 2/28/2018 | 238.33 |
| 2/12/2018 | (5.00) | Late Fee Assessment | | | | 1/28/2018 | 1/28/2018 | 0.00 |
| 1/26/2018 | 662.00 | Normal Payment--GO ONE TIME ACH PAYMENT | | | | 12/28/2017 | 1/28/2018 | 86.57 |
| 1/12/2018 | (5.00) | Late Fee Assessment | | | | 12/28/2017 | 12/28/2017 | 0.00 |
| 12/4/2017 | 657.00 | Normal Payment--GO ONE TIME ACH PAYMENT | | | | 12/28/2017 | 12/28/2017 | 287.93 |

EXHIBIT

PENGAD 800-631-6989

| Interest | Late Fee | Legacy Fee | Other Fee | Principal Outstanding | Posted Date |
|---|---|---|---|---|---|
| 0.00 | (5.00) | 0.00 | 0.00 | 33,225.66 | 6/12/2018 |
| 0.00 | (5.00) | 0.00 | 0.00 | 33,225.66 | 5/13/2018 |
| 0.00 | (5.00) | 0.00 | 0.00 | 33,225.66 | 4/12/2018 |
| 418.67 | 0.00 | 0.00 | 0.00 | 33,225.66 | 3/6/2018 |
| 0.00 | (5.00) | 0.00 | 0.00 | 33,463.99 | 2/12/2018 |
| 570.43 | 5.00 | 0.00 | 0.00 | 33,463.99 | 1/26/2018 |
| 0.00 | (5.00) | 0.00 | 0.00 | 33,550.56 | 1/12/2018 |
| 369.07 | 0.00 | 0.00 | 0.00 | 33,550.56 | 12/4/2017 |